UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAHREEM S. PERRY,

                           **Plaintiff,**                 22-CV-05813 (VEC)(SN)

       -against-                                      **ORDER**

STEVEN VEGA, et al.,

                           **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff, proceeding pro se, has sued five New York City police officers. The docket reflects that the U.S. Marshal Service served these officers on November 3, and their response to the complaint was due on November 25, 2022. See ECF Nos. 11-15. As of today, Defendants have not filed a notice of appearance, responsive pleading, or any other motion. Because these Defendants are NYPD officers, the Clerk of Court is directed to mail a copy of this order to the Corporation Counsel, who is directed to investigate the matter and report to the Court no later than December 16, 2022, whether Defendants have been served and to propose a schedule to proceed with this case.

**SO ORDERED.**

DATED:    New York, New York
               November 30, 2022

                                                          SARAH NETBURN
                                                           United States Magistrate Judge

cc:         Corporation Counsel
             New York City Law Department
             Attn: Special Federal Litigation Unit
             100 Church Street
             New York, NY 10007