UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2024

-----------------------------------------------------------------X

KAHREEM S. PERRY,

       Plaintiff,       22-CV-05813 (JHR)(SN)

  -against-            <u>ORDER</u>

STEVEN VEGA, et al.,

       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  A conference is scheduled for February 7, 2024, at 12:00 p.m. to discuss how to move forward with this litigation in light of the outcome of Plaintiff's criminal trial. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

  Accordingly, the Warden or other official in charge of the Robert N. Davoren Center is ORDERED to produce Kahreem Perry, Book & Case No. 3492103196, on February 7, 2024, at 12:00 p.m., to a suitable location within the Robert N. Davoren Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

  Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Robert N. Davoren Center to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff

on the line at the time and date of the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 29, 2024
         New York, New York