UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAHREEM S. PERRY,

                              **Plaintiff,**

         -against-

STEVEN VEGA, et al.,

                             **Defendants.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2024

22-CV-05813 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The February 15, 2024 conference is RESCHEDULED to February 22, 2024, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

       Accordingly, the Warden or other official in charge of the Robert N. Davoren Center is ORDERED to produce Kahreem Perry, Book & Case No. 3492103196, on February 22, 2024, at 3:00 p.m., to a suitable location within the Robert N. Davoren Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

       Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Robert N. Davoren Center to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

       Plaintiff is further reminded that he must notify the Court immediately if his address has changed.

The Clerk of Clerk is respectfully directed to terminate the motion at ECF No. 39.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 12, 2024
         New York, New York