```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

KAHREEM S. PERRY,

                                Plaintiff,

              -against-

STEVEN VEGA, et al.,

                              Defendants.
```
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2024

22-CV-05813 (JHR)(SN)

**ORDER GRANTING *PRO BONO* COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

    At today's conference, Plaintiff requested that the Court appoint *pro bono* counsel to assist him in opposing a forthcoming motion to dismiss. Plaintiff's oral application is GRANTED. The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of opposing the forthcoming motion to dismiss. Plaintiff is reminded that he does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, he must proceed on his own behalf.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:    February 22, 2024
                New York, New York