**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_  2/12/2024
```

KAHREEM S. PERRY,

                                        **Plaintiff,**                    **22-CV-05813 (JHR)(SN)**

                    -against-                                                      **ORDER**

STEVEN VEGA, et al.,

                                        **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

At today's conference, Defendants indicated that they plan to file a motion to dismiss the Amended Complaint. Defendants shall file that motion by March 21, 2024. By April 18, 2024, Plaintiff shall either file an opposition brief to Defendants' motion to dismiss or, if Plaintiff believes he can address the deficiencies identified in the motion, he may file a Second Amended Complaint. A Second Amended Complaint would replace the Amended Complaint. If Plaintiff declines to amend the complaint, he may not be granted permission to do so after a decision is issued on the motion to dismiss. If Plaintiff files an opposition, Defendants may file a reply, if any, by May 2, 2024.

By separate order, the Court is requesting the appointment of *pro bono* (meaning no cost) counsel for the limited purpose of assisting Plaintiff oppose the motion. Plaintiff does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, he must proceed on his own behalf.

The Clerk of Court is further requested to lift the stay in this case. Additionally, the Clerk of Court is requested to update Plaintiff's address in ECF to: Robert N. Davoren Complex, 11-11 Hazen Street, East Elmhurst, NY 11370.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      February 22, 2024
            New York, New York