```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAHREEM S. PERRY,

                                  **Plaintiff,**                    22-CV-05813 (JHR)(SN)

        -against-                                              **ORDER**

STEVEN VEGA, et al.,

                                  **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 25, 2024, Plaintiff filed a Third Amended Complaint and requested that the stay on this action be lifted. ECF No. 65. The Third Amended Complaint seeks to add new defendants. Defendants are ORDERED to file a letter with the Court indicating whether they consent to the filing of the Third Amended Complaint. Pro bono counsel, Mr. Stecklow, is ORDERED to file a letter with the Court regarding the status Plaintiff's state court action. Both status letters are due no later than December 13, 2024.

      The motion to lift the stay is DENIED without prejudice.

**SO ORDERED.**

                                                                                     _____
                                                                                     SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:     November 27, 2024
               New York, New York