**WYLIE STECKLOW PLLC**
LAWYERS FOR THE REST OF US.COM

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 W. 57th Street – 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

December 12, 2024

Honorable Judge Sarah Netburn
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Perry v. Vega*, et al., 22cv05813 (JHR)(SN)

Dear Hon. Judge Netburn:

Please remember that along with Nancy Morisseau, I am pro bono counsel for a limited purpose for Mr. Perry, the plaintiff in the above referenced action. I am submitting this letter pursuant to your order dated November 27, 2024 (Docket 66).

The order in part reads: *Pro bono counsel, Mr. Stecklow, is ORDERED to file a letter with the Court regarding the status Plaintiff's state court action.*

Recently, I was contacted by Appellate Counsel for Mr. Perry, Jacquelyn Shelton of Center for Appellate Litigation. If the Court order referenced above relates to the State Court appeal, the update is that the record is not yet complete as appellate counsel is missing the entire court file. I am informed that the appeal is not perfected and appellate counsel is in the process of tracking down copies of the court file materials.

As Mr. Perry now has appellate counsel and has filed for leave to file a Third Amended Complaint directly with the Court, it is respectfully requested that my limited *pro bono* representation be terminated.

Respectfully submitted,

Wylie M. Stecklow