**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

KAHREEM S. PERRY,

                                        **Plaintiff,**

                    -against-

STEVEN VEGA, et al.,

                                        **Defendants.**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2024_

22-CV-05813 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A conference is scheduled for January 10, 2025, at 11:00 a.m. The purpose of the

conference is to discuss Mr. Stecklow's motion to withdraw as pro bono counsel. Additionally,

the parties should be prepared to address Plaintiff's Third Amended Complaint and whether it

should replace Plaintiff's Second Amended Complaint. See ECF Nos. 61, 65.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      December 19, 2024
            New York, New York