USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**KAHREEM S. PERRY,**

**Plaintiff,**

**-against-**

**STEVEN VEGA, et al.,**

**Defendants.**

-----------------------------------------------------------------X

**22-CV-05813 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties appeared for a telephonic conference on January 10, 2025, to discuss *pro bono* counsel's request to withdraw, and Plaintiff's motion to amend and file a Third Amended Complaint.

First, Mr. Stecklow and Ms. Morriseau's request to withdraw as *pro bono* counsel is granted. The Clerk of Court is respectfully requested to terminate Mr. Stecklow and Ms. Morriseau from the docket.

Second, upon terminating Plaintiff's counsel, the Clerk of Court is respectfully requested to update *pro se* Plaintiff's address on the docket to: 24-B-0838, Elmira Correctional Facility, P.O. Box 500, Elmira, New York 14908. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff.

Third, the Clerk of Court is respectfully requested to grant Plaintiff's motion to file a Third Amended Complaint at ECF No. 65. The Clerk of Court is respectfully directed to docket the complaint included in Plaintiff's request at ECF No. 65-1 as the Third Amended Complaint. Furthermore, the Clerk of Court is respectfully requested to add Christian Molina and David Robles as defendants to the docket. To be clear, Plaintiff's Third Amended Complaint adds two

new defendants, Molina and Robles, in addition to the existing five defendants. Though named in the Third Amended Complaint, Yvette Agosto is not an additional defendant.

Finally, within 21 days of service of the Third Amended Complaint, the Defendants are directed to file a status letter with the Court noting their appearance and indicating whether they intend to answer or move to dismiss the Third Amended Complaint (although no pleading or motion need be filed at that time). In light of the filing of an amended complaint and the current stay, the Clerk of Court is further directed to dismiss without prejudice the pending motion to dismiss. See ECF No. 49.

The Clerk of Court is requested to terminate the motions at ECF Nos. 49 and 65.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: January 10, 2025
New York, New York