USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAHREEM S. PERRY,

                                  **Plaintiff,**

              -against-

STEVEN VEGA, et al.,

                                  **Defendants.**

-----------------------------------------------------------------X

22-CV-05813 (JHR)(SN)

**ORDER REQUESTING *PRO BONO* COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

       On February 24, 2025, Plaintiff renewed his request that the Court appoint *pro bono* counsel to assist him in opposing a forthcoming motion to dismiss. ECF No. 80. Plaintiff's application is GRANTED. The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of opposing the forthcoming motion to dismiss. Plaintiff is reminded that he does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, he must proceed on his own behalf.

**SO ORDERED.**

                                                                      _____
                                                                      SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:      February 28, 2025
                 New York, New York