UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KAHREEM S. PERRY,

                Plaintiff,                      22-CV-05813 (JHR)(SN)

    -against-                           **ORDER**

STEVEN VEGA, et al.,

                Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The telephone conference scheduled for Wednesday, March 26, 2025, is ADJOURNED to Wednesday, April 2, 2025, at 3:00 p.m. to discuss Plaintiff's motion for partial summary judgment. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

Accordingly, the Warden or other official in charge of the Cayuga Correctional Facility is ORDERED to produce Kahreem Perry, Book & Case No. 24B0838, on April 2, 2025, at 3:00 p.m., to a suitable location within the Cayuga Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Cayuga Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 21, 2025
                New York, New York