UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAHREEN S. PERRY,

                **Plaintiff,**                      22-CV-05813 (JHR)(SN)

       -against-                    **ORDER OF SERVICE**

STEVEN VEGA, et al.,

                **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff, proceeding *pro se*, filed a Third Amended Complaint adding Christian Molina and David Robles as defendants. ECF No. 65-1. Because Plaintiff has been granted permission to proceed *in forma pauperis*, he is entitled to rely on the Court to effectuate service. Walker v. Schult, 717 F.3d. 119, n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases.").

      To allow Plaintiff to effectuate service on Defendant Christian Molina, the Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. Plaintiff identifies Defendant Christian Molina as being employed at Police Service Area 4, 130 Avenue C, New York, NY 10009. The Court requests that Defendant Christian Molina waive service of summons.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:       April 4, 2025
                  New York, New York