```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAHREEM S. PERRY,

                            Plaintiff,                  22-CV-05813 (JHR)(SN)

         -against-                                     **ORDER**

STEVEN VEGA, et al.,

                            Defendants.

-----------------------------------------------------------------X

SARAH NETBURN, United States Magistrate Judge:

On March 25, 2025, Plaintiff notified the Court that he mailed a thumb drive with evidence in support of his motion for summary judgment. ECF No. 91. The Court has now received the thumb drive and accessed its content.

SO ORDERED.

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      April 10, 2025
                 New York, New York