UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAHREEM S. PERRY,

                        Plaintiff,                    22-CV-05813 (JHR)(SN)

        -against-                              **ORDER**

STEVEN VEGA, et al.,

                        Defendants.

------------------------------------------------------------X
**SARAH NETBURN, United States Magistrate Judge:**

      On March 14, 2025, Plaintiff filed a motion for partial summary judgment against Defendant Vega. ECF Nos. 82-86. On April 24, 2025, Plaintiff filed an amended motion for summary judgment against Defendant Molina. ECF No. 102. The Court interprets Plaintiff to be moving for summary judgment against both Defendants Vega and Molina. In accordance with the briefing schedule at ECF No. 95, Defendants shall file their motion to dismiss and opposition to the motions for summary judgment by May 16, 2025. Defendants shall file a letter with the Court if another course of action would be appropriate.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      April 28, 2025
                New York, New York