UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAHREEM S. PERRY,

                Plaintiff,                22-CV-05813 (JHR)(SN)

     -against-                                  **ORDER**

STEVEN VEGA, et al.,

                Defendants.

------------------------------------------------------------X

SARAH NETBURN, United States Magistrate Judge:

      The telephone conference scheduled for May 14, 2025, is ADJOURNED to May 20, 2025, at 12:00 p.m. to discuss Plaintiff's motions for summary judgment. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

      Accordingly, the Warden or other official in charge of the Cayuga Correctional Facility is ORDERED to produce Kahreem Perry, Book & Case No. 24B0838, on May 20, 2025, at 12:00 p.m., to a suitable location within the Cayuga Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

      Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Cayuga Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

SO ORDERED.

*[Signature]*
SARAH NETBURN
United States Magistrate Judge

DATED:   May 12, 2025
             New York, New York