UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAHREEM S. PERRY,

                        **Plaintiff,**                22-CV-05813 (JHR)(SN)

     -against-                                  **ORDER**

STEVEN VEGA, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On May 20, 2025, the parties appeared on the record for a conference to discuss Plaintiff's pending motions for summary judgment. During the conference, Plaintiff acknowledged that his three motions for summary judgment were filed prematurely. Plaintiff consented to withdrawing the motions without prejudice. Accordingly, the Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 82, 83, 102, 105.

    Additionally, Defendants' motion to dismiss shall be filed on May 30, 2025. Plaintiff's opposition brief shall be filed on June 20, 2025. Defendants' reply brief shall be filed within one week of Plaintiff's opposition brief being docketed. Plaintiff may file his opposition brief in PDF format by email to prose@nysd.uscourts.gov.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     May 20, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2025