UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAHREEM S. PERRY,

                               Plaintiff,                         22-CV-05813 (JHR)(SN)

             -against-                                          **ORDER**

STEVEN VEGA, et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendants filed a motion to dismiss on May 30, 2025. ECF No. 114. Plaintiff's opposition brief was due on June 20, 2025. To date, nothing has been filed on the docket by Plaintiff. Accordingly, Plaintiff shall file his opposition brief no later than July 18, 2025. If nothing is filed on the docket by that date, the motion will be considered fully briefed.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      July 2, 2025
                  New York, New York