```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAHREEM S. PERRY,

                          Plaintiff,                      22-CV-05813 (JHR)(SN)

        -against-                                        **ORDER**

STEVEN VEGA, et al.,

                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The conference scheduled for Thursday, July 31, 2025, is ADOURNED to Tuesday, August 5, 2025, at 11:00 a.m. to discuss the fully briefed motion to dismiss. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

      Accordingly, the Warden or other official in charge of the Cayuga Correctional Facility is ORDERED to produce Kahreem Perry, Book & Case No. 24B0838, on August 5, 2025, at 11:00 a.m., to a suitable location within the Cayuga Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

      Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Cayuga Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

SO ORDERED.

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    July 23, 2025
                New York, New York