USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAHREEM S. PERRY,

                       Plaintiff,           22-CV-05813 (JHR)(SN)

      -against-                              **ORDER**

STEVEN VEGA, et al.,

                       Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 5, 2025, the Court held a telephone conference to discuss the pending motion to dismiss. During the conference, Defendants said they had Exhibit A to Plaintiff's opposition brief (Officer Vega's Handwritten Memo Book). Defendants have now reported to the Court that they do not possess Officer Vega's Handwritten Memo Book. Instead, Defendants have Officer Vega's Activity Log Report. It is unclear to the Court how Plaintiff might possess Officer Vega's Handwritten Memo Book but Defendants would not. Nonetheless, the Court will accept Officer Vega's Activity Log Report as part of the record for the underlying motion to dismiss. Defendants shall file Officer Vega's Activity Log Report with the Court and mail a copy to Plaintiff. Should either party receive Officer Vega's Handwritten Memo Book, they shall immediately file it with the Court.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     August 7, 2025
               New York, New York