UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAHREEM S. PERRY,

                    Plaintiff,

          -v.-

STEVEN VEGA, et al.,

                    Defendants.

22 Civ. 5813 (JHR) (SN)

ORDER

JENNIFER H. REARDEN, District Judge:

On August 25, 2022, the Court referred this case to Magistrate Judge Sarah Netburn for general pretrial management and reports and recommendations on dispositive motions. ECF No. 7. On May 30, 2025, Defendants moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 114. On January 2, 2026, Judge Netburn issued a report and recommendation recommending that Defendants' motion be granted in full. ECF No. 134. Plaintiff's deadline to object was extended to May 30, 2026. ECF No. 140. Plaintiff has not yet objected.

The Court requests that Judge Netburn supplement her report and recommendation to state whether dismissal is recommended with or without prejudice and the reasons therefor.

The deadline to file any objection is stayed until further order of the Court.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 24, 2026
       New York, New York

JENNIFER H. REARDEN
United States District Judge