# BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

May 18, 2026

**Via ECF**

The Honorable Jennifer H. Rearden
United States District Judge, Southern District of New York
500 Pearl Street, Courtroom 12B
New York, New York 10007

Re:    *Perry v. Vega et al.*, No. 22-cv-5813-JHR-SN

Dear Judge Rearden:

Application GRANTED.  Plaintiff's deadline to file objections to the Supplemental Report and Recommendation, ECF No. 142, is hereby extended to **June 3, 2026**.

The Clerk of Court is directed to terminate ECF No. 147.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: May 19, 2026

We have recently been retained by, and have entered our appearances today on behalf of, Plaintiff Kahreem Perry, who was previously proceeding *pro se* in this action.  We are aware that Magistrate Judge Netburn has issued a report and recommendation (as supplemented) recommending that the Court grant Defendants' motion to dismiss Mr. Perry's Third Amended Complaint ("TAC") and to dismiss this action with prejudice (the "R&R").  *See* ECF Nos. 134, 142.  We also understand that Mr. Perry's date to file objections to the R&R is May 20th.  In light of our recent engagement and appearance—and our ultimate intent to seek leave to amend the complaint in this action[1]—we respectfully write pursuant to Fed. R. Civ. P. 6(b) to request a two-week extension to file objections to the R&R on behalf of Mr. Perry.  Corporation Counsel consents to Mr. Perry's request for an extension.  Before the Court had stayed the deadline to file any objection pending Judge Netburn's supplemental report and recommendation, ECF No. 141, the Court had granted Mr. Perry's three *pro se* requests for an extension to file objections to the initial report and recommendation, ECF Nos. 136, 138, 140, including, mostly recently, until May 30, 2026, ECF No. 140.  This extension request is Mr. Perry's first to the supplemental report and recommendation and would not affect any other deadlines or appearances in this matter (there are none currently scheduled).

We thank the Court for its attention to this matter, and we are available to appear at a conference should it be useful for the Court.

---

[1] To preview, we presently expect Mr. Perry's proposed amended pleading to bring forth several additive claims and material factual allegations that have not yet been presented in any of Mr. Perry's *pro se* filings.  Should the Court prefer in the interests of efficiency, we would consent to the Court litigating now Mr. Perry's motion to amend his pleadings rather than the Defendants' motion to dismiss the FAC and the extant R&R and objections thereto.

Respectfully submitted,

Benjamin D. White

BLOCH & WHITE LLP
Benjamin D. White, Esq.
Michael L. Bloch, Esq.
Cristina Alvarez, Esq.
Kyle W. Bigley, Esq.
90 Broad Street, Suite 703
New York, New York 10004
(212) 901-3825
bwhite@blochwhite.com
mbloch@blochwhite.com
calvarez@blochwhite.com
kbigley@blochwhite.com