UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAHREEM S. PERRY, Plaintiff, -v.- STEVEN VEGA, et al., Defendants. | 22 Civ. 5813 (JHR) (SN) ORDER |

JENNIFER H. REARDEN, District Judge:

In view of several recent developments in this case, namely Plaintiff's recent retention of counsel, *see* ECF Nos. 143-146; the New York Appellate Division, First Department's ruling that probable cause did not exist to arrest Plaintiff, *see People v. Perry*, 2024-01001, NYSCEF Doc. No. 27 (1st Dep't, March 19, 2026); and the discovery of an April 2026 release signed by Plaintiff that purportedly "bars the claims in this case," ECF No. 160, Plaintiff's request to amend the Complaint is GRANTED. *Warren v. New York City Dep't of Correction*, No. 87 Civ. 4022 (RPP), 1991 WL 10867, at *1 (S.D.N.Y. Jan. 28, 1991) (granting leave to file a "second Corrected Proposed Amended Complaint"—i.e., a fourth complaint— after "plaintiff, having obtained appointed counsel," had already amended his *pro se* complaint); *Nielsen v. Rabin*, 746 F.3d 58, 62 (2d Cir. 2014) ("Generally, leave to amend should be freely given, and a *pro se* litigant in particular should be afforded every reasonable opportunity to demonstrate that he has a valid claim.").

Accordingly, Defendants' motion to dismiss the complaint, ECF. No. 114, is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 114.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge