USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 09/02/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

**KAHREEM S. PERRY,**

**Plaintiff,**

**-against-**

**STEVEN VEGA, et al.,**

**Defendants.**

--------------------------------------------------------------X

**22-CV-05813 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Following Plaintiff's filing of the Fourth Amended Complaint, ECF No. 166, certain Defendants are now listed without reference to their shield numbers, which has inadvertently caused them to appear in the Court's electronic filing system without associated counsel. To ensure continuity of notice, counsel for Defendants Steven Vega, Myles Leonard, Sajit Tomy, Thomas McCue, and Kirk Birmelin shall enter a notice of appearance by September 3, 2026.

Plaintiff's request for limited and targeted discovery into the effect of the General Release, Stipulation and Order of Dismissal, and Stipulation signed by Plaintiff in the matter of Perry v. Doe et al., 1:24-cv-08438 (S.D.N.Y.) (collectively, the "Release Issue") is GRANTED. See ECF No. 160, Ex. B. Limited and targeted discovery related to the Release Issue may be taken by all parties until Friday, October 23, 2026.

The Court will issue a separate order referring this case to the Court's ADR/Mediation Program. Mediation shall commence no earlier than Monday, October 26, 2026. If the parties are unable to resolve the case through mediation by Friday, November 13, 2026, Defendants may file a limited motion to dismiss that solely addresses the Release Issue on that date. Plaintiff shall

file his opposition to any such motion by Friday, December 4, 2026, and Defendants shall file any reply by Friday, December 11, 2026.

The filing of Defendants' motion regarding the Release Issue does not foreclose or otherwise prejudice Defendants from filing a subsequent motion to dismiss the Fourth Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Defendants' time to move to dismiss or otherwise respond to the Fourth Amended Complaint is STAYED pending the Court's resolution of the Release Issue.

On October 23, 2026, Plaintiff shall advise the Court as to whether he intends to file a Fifth Amended Complaint to add any state law claims. See ECF No. 166 n.2.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 2, 2026
New York, New York