USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**KAHREEM S. PERRY,**

**Plaintiff,**

**-against-**

**STEVEN VEGA, et al.,**

**Defendants.**

---------------------------------------------------------------X

**22-CV-05813 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 2, 2026, this case was referred to the Court's Alternative Dispute Resolution program. The Mediation Office has reported that "agreement was reached on all issues." By Friday, December 11, 2026, the parties shall file a stipulation of dismissal as appropriate and, separately, indicate whether Plaintiff intends to pursue a default judgment against David Robles or dismiss the claims against him.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 12, 2026
New York, New York